UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAN FOON SHIU, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:08CV1119 CDP<br>) |
| AUGUST BUSCH, III, et al., | )<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal filed on February 2, 2009,

**IT IS HEREBY ORDERED** that the consent motion to dismiss [#15] is granted, and this case is dismissed with prejudice, each party to bear its own costs.

Accordingly,

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2009.